IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00311-RAH |
| | ) | |
| THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On June 23, 2025, the Magistrate Judge recommended that the Plaintiff's Complaint be dismissed for failure to comply with court orders. (*See* doc. 5.) Given Plaintiff's litigation history of filing frivolous cases and noncompliance with court orders, the Magistrate Judge also recommended that Plaintiff "be declared a vexatious litigant and that, after appropriate review, the court summarily dismiss without prejudice any new action in which Smith's complaint is unaccompanied by a filing fee or motion to proceed in forma pauperis." (*Id*. at 1.)  Plaintiff did not file an objection to the Recommendation.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation is **ADOPTED**;

2. Peter J. Smith is hereby declared a vexatious litigant and that, **whenever Smith files a complaint in any new action without paying the filing**

fee or moving for leave to proceed in forma pauperis, the court, after appropriate review, may summarily dismiss the action without prejudice without prior notice to Smith; and,

3. The Complaint is **DISMISSED without prejudice**.

DONE, on this the 14th day of July 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE